FILED
MAR 10 2009
03-10-2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE ANDERSEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 09 CR 215 |
| | ) | |
| vs. | ) | |
| | ) | Violation: Title 26, United States |
| THOMAS MCCARTHY | ) | Code, Section 7206(1) |

MAGISTRATE JUDGE KEYS

The UNITED STATES ATTORNEY charges:

1. At all times material to this information:

    (a) defendant THOMAS MCCARTHY owned and operated Tax Business A, a tax preparation business located in Oak Lawn, Illinois;

    (b) Tax Business A was organized under the laws of Illinois as a sole proprietorship; and

    (c) defendant MCCARTHY was required under United States law to report Tax Business A's annual gross income or sales on Schedule C of his United States individual income tax return (Form 1040).

2. On or about August 16, 2004, in the Northern District of Illinois, Eastern Division, and elsewhere,

THOMAS MCCARTHY

defendant herein, who during the calendar year 2004 was a resident of Chicago, Illinois, willfully did make and subscribe, and cause to be made and subscribed, a United States Individual Income Tax Return (Form 1040 and accompanying schedules) for the calendar year 2003, on behalf of himself, which return was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which return he did not believe to be true

and correct as to every material matter, in that it was stated in that return, line 1, Schedule C, Profit or Loss from Business, that the gross receipts or sales from his business, Tax Business A, was $115,455, when, in fact, as defendant THOMAS MCCARTHY well knew and believed, his gross receipts or sales substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).

UNITED STATES ATTORNEY